No. 80–5706. COCHRAN v. CITY OF AKRON. Ct. App. Ohio, Summit County. Certiorari denied.

No. 80–5709. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5710. AILLON v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 80–5714. EVANS v. ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 80–5716. BALOUN ET AL. v. GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 80–5720. STOVER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 80–5721. MEREDITH v. SMITH, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–5731. NORRIS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 80–5732. ROSEMAN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 80–5733. HUDSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–5734. JOHNSON v. CUYAHOGA COUNTY, INC., OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–5735. BUCHANAN v. SEARCY ET AL. C. A. 6th Cir. Certiorari denied.